**Order filed, November 03, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00872-CV

———————

**RYAN LOPEZ, Appellant**

**V.**

**ENSIGN U.S. SOUTHERN DRILLING, LLC, AND FREEPORT-MCMORAN OIL & GAS, LLC D/B/A PLAINS EXPLORATION & PRODUCTION COMPANY, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-21405**

---

### ORDER

The reporter's record in this case was due **September 07, 2015**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Rhonda Armbruster**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM